

**ORDERED in the Southern District of Florida on September 23, 2020.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION
www.flsb.uscourts.gov

In re:

IT'SUGAR LLC,
IT'SUGAR ATLANTIC CITY LLC,
IT'SUGAR FLGC LLC,

          Debtors.
_____/

Chapter 11

Case No. 20-20261-MAM
Case No. 20-20263-MAM
Case No. 20-20264-MAM
(Joint Administration *pending* with)
Case No. 20-20259-RAM)

### *EX PARTE* ORDER GRANTING EMERGENCY MOTION TO TRANSFER CASE TO THE HONORABLE ROBERT A. MARK

THIS MATTER came before the Court upon the *Ex Parte* Emergency Motion to Transfer Case to the Honorable Robert A. Mark filed by It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (the "***Debtors***") [ECF No. 4] ("***Motion***"). Upon reviewing the Motion and the requested relief sought, it is –

ORDERED that:

2

The above captioned bankruptcy cases are assigned to Judge Robert A. Mark.

###

**Submitted By:**
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
MELAND BUDWICK, P.A.
*Proposed Counsel for Debtors*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   (305) 358-6363
Telefax:      (305) 358-1221

**Copies Furnished To:**
Michael S. Budwick, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.