United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 20-20261-MAM
It'Sugar LLC                                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: ortmanm          Page 1 of 1          Date Rcvd: Sep 23, 2020
                              Form ID: CGFI9         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
db          +It'Sugar LLC,    4960 Conference Way N #100,    Boca Raton, FL 33431-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: legalservices@pbctax.com Sep 24 2020 04:34:17     Palm Beach County Tax Collector,
               c/o Orfelia M Mayor Esq,    POB 3715,    West Palm Beach, FL 33402-3715
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              Michael S Budwick, Esq    on behalf of Debtor    It'Sugar LLC mbudwick@melandbudwick.com,
               ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.court
               drive.com;phornia@ecf.courtdrive.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Orfelia M Mayor    on behalf of Creditor    Palm Beach County Tax Collector
               ombankruptcy@mayorbankruptcy.com,
               legalservices@pbctax.com;mayor.orfeliar100728@notify.bestcase.com
                                                                                             TOTAL: 3

**CGFI9** (7/28/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20−20261−MAM

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*
It'Sugar LLC
4960 Conference Way N #100
Boca Raton, FL 33431

EIN: 20−2138344

## NOTICE OF REASSIGNMENT

    In accordance with the Order of Intra−District Transfer entered on 09/23/2020 by Judge Mindy A Mora, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073−1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Robert A Mark**.

**Dated: 9/23/20**

**CLERK OF COURT**
By: Martha Ortman
Deputy Clerk

The clerk shall serve this notice on all parties of record.